**Nathan Cohen, appellee, v. Dennis J. Egan, bailiff of the municipal court of Chicago, appellant. Gen. No. 28,933.**

Action to replevy automobile and accessories in possession of municipal court bailiff. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, pre-

siding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

George B. Cohen and A. H. Cohen, for appellant. Michael Feinberg, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.